(Reap. Dec. 10119)

FRASER'S *v.* UNITED STATES

Entry Nos. 457683; 475420.

(Decided December 7, 1961)

*Barnes, Richardson & Colburn* for the plaintiff.

*William H. Orrick, Jr.*, Assistant Attorney General, for the defendant.

RAO, Judge: The appeals for reappraisement listed above have been submitted for decision upon the following stipulation:

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, subject to the approval of the Court, as follows:

1. That on or about the date of exportation of the merchandise described on the invoices covered by the above entitled appeals for reappraisement, such or similar merchandise was not freely offered for sale to all purchasers in the ordinary course of trade in the principal markets of the country of exportation, either for home consumption or for exportation to the United States.

2. That on or about the said date of exportation, such or similar imported merchandise was not freely offered for sale to all purchasers in the ordinary course of trade for domestic consumption in the principal markets of the United States.

3. That the cost of production of the merchandise here involved as defined in Sec. 402(f) of the Tariff Act of 1930 is equal to the invoice unit values, net.

4. That these appeals may be submitted on this stipulation, and are abandoned in all respects as to all matters not described hereinabove.

Upon the agreed facts, I find cost of production, as that value is defined in section 402(f) of the Tariff Act of 1930, to be the proper basis of value for the merchandise covered by said appeals for reappraisement and that such values were the invoice unit values, net.

Judgment will be entered accordingly.